**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| BOOKER RAMSEY, | : |
| Plaintiff(s), | : CIVIL ACTION |
| | : FILE NO. |
| v. | : |
| FRED HALDEMAN, JR. | : |
| Defendant(s). | : |

## DEFENDANT FRED HALDEMAN, JR.'S PETITION FOR REMOVAL

Pursuant to 28 U.S.C. § 1441, Defendant Fred Haldeman, Jr. hereby petitions this Court for removal of this action, entitled <u>Brooker Ramsey v. Fred Haldeman, Jr.</u>, Civil Action File No. 2023CT0041, currently pending in the State Court of Tift County, State of Georgia, to this Court, and shows this Honorable Court the following:

1.

This civil action was filed on February 24, 2023, by Plaintiff Booker Ramsey ("Plaintiff") in the State Court of Tift County, Georgia, said county being part of the Middle District of Georgia. The Valdosta Division of this Court is the proper Division for this removal as further set forth below.

2.

The action is a civil action for personal bodily injuries and medical expenses, and the United States District Court for the Middle District of Georgia has jurisdiction by reason of the diversity of citizenship of the parties pursuant to 28 U.S.C. §§ 1441 and 1332.

3.

The amount in controversy exceeds $75,000.00, the statutory minimum amount, exclusive of interest and costs, as evidenced by the Defendant Fred Haldeman, Jr.'s First Requests for Admissions to Plaintiff and Plaintiff's Response to Defendant's Request for Admissions (See Exhibits "A" and "B," respectively) in which Plaintiff claims the amount in controversy, exclusive of interest and costs, in this matter exceeds $75,000.00 and that Plaintiff Booker Ramsey.

4.

(a)     At the time of the commencement of this action in State Court, upon information and belief, and according to Plaintiff's discovery responses, Plaintiff Booker Ramsey, was and is now, a citizen of Wisconsin. (Compl. ¶ 1; Def.'s Req. for Admissions to P, ¶ 1, Ex. A; P's Resp. to D's Req. for Admissions, ¶ 1, Ex. B).

(b)     Defendant Fred Haldeman, Jr., at the time the commencement of this action in State Court was and is now a citizen of Georgia. (Compl. ¶ 2; Ans. ¶ 2).

5.

A true and correct copy of all process, pleadings, and orders served upon Defendant in this action are attached hereto as Exhibit "C"

6.

Plaintiff alleges in the Complaint that on or about August 17, 2022, due to Defendant's negligence, Defendant rear ended Plaintiff in the westbound lanes of West Franklin Street in Sylvester, Worth County, Georgia. (Complaint, ¶ 7).

7.

This civil action is based on a controversy between citizens of different States and, as outlined above, the amount in controversy exceeds $75,000.00. As such, this matter has become ripe for removal based on diversity jurisdiction pursuant to 28 U.S.C. § 1332(a)(1).

8.

The instant *Petition for Removal* is timely filed pursuant to and in accordance with 28 U.S.C. § 1446(b)3) within thirty days after the disclosure given by Plaintiff in the form of *Plaintiff's Objections and Responses to Defendant's Discovery Requests*.

9.

Furthermore, the instant *Petition for Removal* is timely filed, pursuant to and in accordance with 28 U.S.C. § 1446(c)(1), within one year of the commencement of the action.

10.

Accordingly, this action, over which the United States District Court for the Middle District of Georgia has original jurisdiction under 28 U.S.C. § 1332, is removable to the United States District Court for the Middle District of Georgia pursuant to 28 U.S.C. § 1441.

11.

Venue is proper in the Valdosta Division of the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. § 1441, 28 U.S.C. § 1391, and N.D.G.A. Local Rule 3.1(B)(1)(a). Specifically, Plaintiff's Complaint was filed in the State Court of Tift County, which is part of the Valdosta Division. See M.D.GA. Local Rule 3.1(a), LR App. 1.

12.

As required by 28 U.S.C. § 1446(d), Defendant shall give written notice himself to all adverse parties and shall file a copy of this Petition for Removal with the Clerk of the State Court of Tift County.

WHEREFORE, Defendant Fred Haldeman, Jr. requests that this action proceed in this Court as an action properly removed to it.

Respectfully submitted this 16th day of June, 2023.

                                                          /s/ Jennifer A. Mills
                                                          Jennifer A. Mills
                                                          State Bar No.:  142553
                                                          *Counsel for Defendant*

Law Office of J. Andrew Williams
2970 Clairmont Road NE, Suite 600
Brookhaven, GA  30329
(404) 720-7688 | (866) 281-0088 (*facsimile*)
milj513@nationwide.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing pleading upon:

Trevor Becton
Morgan & Morgan Atlanta, PLLC
178 S. Main Street, Unit 300
Alpharetta, Georgia 30009
Email: tbecton@forthepeople.com

*Attorney for Plaintiff*

by depositing a copy of same in the U.S. Mail with sufficient postage affixed thereto to ensure delivery, via email and/or by filing electronically with the Court's electronic filing system which will automatically send e-mail notification of same to all counsel / parties of record.

This 16th day of June, 2023.

                                                 /s/ Jennifer A. Mills
                                               Jennifer A. Mills
                                               State Bar No.: 142553
                                               *Counsel for Defendant*

Law Office of J. Andrew Williams
2970 Clairmont Road NE, Suite 600
Brookhaven, GA  30329
(404) 720-7688 | (866) 281-0088 (*facsimile*)
milj513@nationwide.com